UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS CARTAGENA ANTUNEZ,<br>Plaintiff-Petitioner,<br>v.<br>JEFFERSON B. SESSIONS III et al.,<br>Defendants-Respondents. | Case No. 5:17-cv-00217-EJD<br><br>**ORDER TO SHOW CAUSE** |

Petitioner filed a petition for writ of habeas corpus on January 17, 2017. Dkt. No. 1. Respondents moved to dismiss the petition on April 14, 2017. Dkt. No. 14. The deadline for Petitioner's opposition to Respondents' motion was April 28, 2017. Petitioner has not filed an opposition.

The Court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Petitioner does not, by **4:00 p.m. on June 23, 2017**, file or cause to be filed an opposition to Defendants' motion to dismiss, or otherwise demonstrate good cause in writing why this case should not be dismissed, the Court will dismiss the action with prejudice under Fed. R. Civ. P. 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the Court.

The hearing scheduled for June 29, 2017, is VACATED and will be reset if necessary.

**IT IS SO ORDERED.**

Dated: June 20, 2017

EDWARD J. DAVILA
United States District Judge